1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9

10 JULIE C. HUNE,                          ) Case No. CV 07-5020 AGR
                                           )
11         Plaintiff,                      ) ORDER DISMISSING CASE WITH
           vs.                             ) PREJUDICE
12                                         )
   MICHAEL J. ASTRUE,                      )
13 COMMISSIONER SOCIAL                     )
   SECURITY,                               )
14                                         )
           Defendant                       )
15 _____ )

16     Based upon the parties' Stipulation to Dismissal With Prejudice

17 ("Stipulation"),

18     **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

19 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

20 prejudice. Each party shall bear his/her own costs and expenses, including but not

21 limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

22 DATED:  March 5, 2008

23                         *[signature: Alicia G. Rosenberg]*

24                         _____
                           UNITED STATES MAGISTRATE JUDGE
25

26